# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JARVIS MCKINLEY FLEMING

NO. 2019 KW 1021

**OCT 1 8 2019**

---

In Re:    Jarvis McKinley Fleming, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 4-11-0835.

---

BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT DENIED ON THE SHOWING MADE.** This court cannot properly review the denial of relator's application for postconviction relief. Relator failed to include the state's answer, the commissioner's report, the district court's ruling, the bill of information, pertinent portions of the trial transcript, pertinent district court minutes, and any other portions of the district court record that might support the claims raised in the application for postconviction relief. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application shall be filed on or before December 17, 2019. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT